UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jose Jesus Jr. LEM,<br><br>Defendant. | Case No.: 26MJ8794<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>Title 18 U.S.C. § 111<br>Assault on a Federal Officer<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about August 18, 2026, within the Southern District of California, defendant, Jose Jesus Jr. LEM, did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with the person(s) named in Title 18, United States Code, Section 111, to wit: Border Patrol Agent A. Baez, in that defendant headbutted BPA Baez in the head and bit BPA Baez in the arm while BPA Baez was engaged in the performance of their official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

SA Patrick Carroll
Patrick Carroll, Special Agent
Federal Bureau of Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 20th day of August 2026.

HON. LUPE RODRIGUEZ, JR.
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Jose Jesus Jr. LEM

## STATEMENT OF FACTS

On August 18, 2026, Border Patrol Agents (BPAs) A. Baez, L.Mansilla, M. Mendez Hinojosa, and R. Jimenez Jr. were assigned to Bike Patrol Duty in Zone 13 of the Calexico Border Patrol Station's Area of Responsibility. Zone 13 encompasses the area of Downtown Calexico. The BPAs were wearing their U.S. Border Patrol Bike Patrol uniform, which consists of a green shirt and pants with Border Patrol identifying patches. They were also in two marked patrol vehicles with Border Patrol insignia and emergency lights.

At approximately 5:35 p.m., BPAs Baez and Mansilla encountered an adult male near the northeast corner of 2nd Street and Rockwood Avenue in Calexico, California. The subject was later identified as Jose Jesus Jr. LEM (LEM). As BPAs Baez and Mansilla approached LEM, he was standing but was in a bent-over position with his head towards the front of his body and facing his feet. LEM appeared distraught and was emitting groaning and snoring sounds while in the bent-over position. In the BPAs' experience, individuals in that physical state in Downtown Calexico are sometimes intoxicated or under the influence of a controlled substance.

The BPAs approached LEM to do a welfare check and the Agents were concerned that LEM was experiencing an overdose. BPA Mansilla retrieved Narcan from their patrol vehicle and approached LEM with the Narcan to assist him should he need it. BPA Baez identified himself as a United States Border Patrol Agent and asked LEM whether he was all right and if he needed medical assistance. LEM woke up and became hostile, aggressive, and belligerent toward the Agents by shouting profanities and swinging his hands. LEM struck BPA Baez in the arm and struck BPA Mansilla in the head. The BPAs were able to place LEM under arrest. BPAs Martin Mendez and R. Jimenez Jr. were also on scene after stopping to assist Baez and Mansilla.

The Agents began to transport LEM to the Calexico Border Patrol Station for processing. While enroute to the station, BPA Mansilla telephoned Supervisory Border Patrol Agent (SBPA) Victor Urbano to explain what happened. SBPA Urbano told the Agents to stop and perform records checks to ascertain LEM's criminal history and immigration status. The Agents stopped at a location near Bowker Road and Anza Road in Calexico, California. The Agents conducted records checks and confirmed LEM's U.S. citizenship.

The Agents then had LEM step out of the vehicle and searched him for a form of identification to continue further records checks via dispatch. LEM immediately struck Agent Baez in the head with his head, and the strike made Agent Baez feel lightheaded. While the Agents tried to restrain LEM and get him back into a patrol vehicle, LEM made several verbal threats to the Agents, including threats to kill them. After restraining LEM and placing him back in the vehicle, the Agents transported LEM to the Calexico Border Patrol Station.

At the Calexico Border Patrol Station, while escorting LEM into the processing area, LEM bit BPA Baez's right bicep. BPA Baez delivered two closed hand strikes to the right side of LEM's face to get LEM to stop biting him. The two strikes to his face caused LEM to release his bite. Other Agents assisted by securing LEM and placing him in a cell. BPA Baez sustained a bruised and swollen bicep with a tear in the flesh. BPAs Baez and Mansilla drove to Pioneers Memorial Hospital for medical evaluation. Their injuries were documented and they were released to return to the station that evening. LEM was also transported to Pioneers Memorial Hospital for a medical evaluation. LEM was admitted for hospitalization and further tests.